Argued and submitted September 19, 2011, decision of Court of Appeals and judgment of circuit court affirmed by an equally divided court January 10, 2013.

STATE OF OREGON,
*Respondent on Review*,

*v.*

BUCK WADE DAVIS,
*Petitioner on Review*.

(CC 074242MI; CA A137633; SC S059147)

295 P3d 617

Kenneth A. Kreuscher, Portland Law Collective, LLP, Portland, argued the cause and filed the brief for petitioner on review. With him on the brief was Travis Eiva.

Doug M. Petrina, Assistant Attorney General, Salem, argued the cause and filed the brief for respondent on review. With him on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

Kendra M. Matthews, Ransom Blackman LLP, Portland, filed the brief for *amicus curiae* ACLU Foundation of Oregon, Inc.

Before Balmer, Chief Justice, Kistler, Walters, and Linder, Justices, and Durham and De Muniz, Senior Judges, Justices pro tempore.**

---

** Landau, Brewer, and Baldwin, JJ., did not participate in the consideration or decision of this case.